UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JERMAINE KENT,

    Plaintiff,

v.                                    Case No: 6:15-cv-880-Orl-TBS

ZACHARY BROWN,

    Defendant.

## ORDER

The parties' Joint Motion for Order to Bring Electronic Devices Into Courthouse (Doc. 114) is **GRANTED**. Michael Saracco, counsel for Plaintiff, and D. Andrew DeBevoise, counsel for Defendant, are each permitted to bring one tablet and one laptop computer (with the necessary accessories) into the courthouse for use during the trial of this case on May 8, 2019.

Counsel shall comply with General Order in No. 6:13-mc-94-Orl-22 (Doc. 1), and this Order. All electronic devices carried beyond the courthouse security checkpoint are subject to inspection and search; they shall remain on silent mode while in the courthouse; they may not be shared with anyone; and they may not be used in a manner that disrupts any judicial proceeding.

Counsel shall present a copy of this Order to security personnel each time they enter the Courthouse with such equipment. In their discretion, courthouse security personnel may require counsel to present picture identification at the time of entry.

**DONE** and **ORDERED** in Orlando, Florida on May 7, 2019.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record